UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVELIN FERNANDEZ,

                Plaintiff,

      -against-

WESTHAMPTON CARE CENTER, ET AL.,

                Defendants.
-----------------------------------------------------------------X

For Online Publication Only

**ORDER**
21-CV-0183 (JMA)(ARL)

**FILED**
**CLERK**
2/18/2021 10:35 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**AZRACK, United States District Judge:**

The Court's records reflect that the complaint in this action was filed on January 21, 2021. (ECF No. 1.) Plaintiff paid the filing fee on January 25, 2021.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **April 21, 2021**, or plaintiff fails to show good cause why such service has not been affected, the complaint will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to defendants along with the summonses and complaint and shall file proof of service with the Court**.

Plaintiff is required to advise the Clerk of Court of any changes of address. Failure to keep the Court informed of plaintiff's current address may result in dismissal of the case.

  **SO ORDERED**.

Dated: February 18, 2021            /s/ (JMA)_____
      Central Islip, New York         JOAN M. AZRACK
                                          UNITED STATES DISTRICT JUDGE